In the Matter of IRVING LANZER, Petitioner, against FREDERICK A. MORAN et al., Constituting the Board of Parole in the Executive Department of the State of New York, et al., Respondents.

Submitted July 19, 1944; decided October 5, 1944.

*Seymour Georges Mackler* for motion.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Herman F. Nehlsen* of counsel), opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.